UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HARVEY SAVAGE,

    Plaintiff,

v.                                            Case No. 05-71184
                                                 Honorable Patrick J. Duggan

M.E.R.S. INC.,

    Defendant.
_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on MAY 4, 2005.

PRESENT:       THE HONORABLE PATRICK J. DUGGAN
                       U.S. DISTRICT COURT JUDGE

On March 25, 2005, *pro se* Plaintiff Henry Savage filed a Complaint against Defendant M.E.R.S., Inc. in this Court. In an Order dated April 12, 2005, this Court ordered Plaintiff to file an amended complaint that complied with FED. R. CIV. P. 8(a) within 20 days, or Plaintiff's Complaint would be dismissed for failure to state a claim upon which relief can be granted pursuant to FED. R. CIV. P. 12(b)(6). Over 20 days have passed since the Court issued this Order and Plaintiff has not filed an amended complaint.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED**.

              s/PATRICK J. DUGGAN
              UNITED STATES DISTRICT JUDGE

Copy to:

Harvey Savage
c/o 1763 Severn Road
Grosse Pointe Woods, MI 48236